SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 FEB 18 PM 3: 33

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JAMES HORTON,<br><br>Defendant. | 4:15CR 3022<br><br>INDICTMENT<br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2252(a)(4)(B)<br>18 U.S.C. § 2260A<br>18 U.S.C. § 2253 |

The Grand Jury charges that

## COUNT I

From on or about April 1, 2013, to on or about September 1, 2013, in the District of Nebraska, ANTHONY JAMES HORTON, the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00110 (2).mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT II

From on or about May 1, 2013, to on or about September 30, 2013, in the District of Nebraska, ANTHONY JAMES HORTON, the defendant herein, having previously been convicted of

1

an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00110.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT III

From on or about May 25, 2012, to on or about July 4, 2012, in the District of Nebraska, ANTHONY JAMES HORTON,  the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00111.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT IV

From on or about May 31, 2013, to on or about July 1, 2013, in the District of Nebraska, ANTHONY JAMES HORTON,  the defendant herein, having previously been convicted of an offense

2

under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00113.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT V

From on or about June 1, 2013, to on or about July 31, 2013, in the District of Nebraska, ANTHONY JAMES HORTON, the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00120.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT VI

From on or about June 1, 2013, to on or about October 18, 2013, in the District of Nebraska, ANTHONY JAMES HORTON, the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a

3

Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00121.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT VII

From on or about December 1, 2012, to on or about January 31, 2013, in the District of Nebraska, ANTHONY JAMES HORTON,  the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "002.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT VIII

From on or about October 19, 2012, to on or about November 15, 2012, in the District of Nebraska, ANTHONY JAMES HORTON,  the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a

4

Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00102.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT IX

On or about May 8, 2013, in the District of Nebraska, ANTHONY JAMES HORTON, the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00103.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT X

From on or about April 1, 2013, to on or about April 30, 2013, in the District of Nebraska, ANTHONY JAMES HORTON, the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce,

entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00107.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT XI

From on or about April 1, 2013, to on or about October 18, 2013, in the District of Nebraska, ANTHONY JAMES HORTON, the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, to wit, a video identified as "M2U00109.mpg", such visual depictions having been produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT XII

On or about October 8, 2014, in the District of Nebraska, ANTHONY JAMES HORTON, the defendant herein, having previously been convicted of an offense under the laws of any state relating to aggravated sexual abuse, sexual abuse or abusive sexual contact involving a minor, to wit a conviction for Sexual Assault of a Child, a Class IV Felony, in Jefferson County, Colorado, on May 17, 1995, did knowingly possess one or more computer files and other matter which

6

contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT XIII

The Grand Jury further alleges that ANTHONY JAMES HORTON, the defendant herein, committed the felony offenses involving a minor charged in Counts I through XI at times ANTHONY JAMES HORTON, the defendant herein, was required to register as a sex offender under the laws of the States of Colorado and Nebraska.

In violation of Title 18, United States Code, Section 2260A.

## FORFEITURE

Upon conviction for violating an offense involving a visual depiction described in Title 18 U.S.C. § 2251(a), or 18 U.S.C. § 2252(a)(4)(B), the defendant, ANTHONY JAMES HORTON, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

1. Samsung Digital Video Recorder, Serial No. KGW86V2D102563N
2. SP MircroSD 4GB; and
3. Digital Concepts Pink Video Camera
4. Samsung Galaxy S3 with 16GB SD Card SN: R28F4DF78XH;
5. Sony Handycam DCR-sx45, blue with tripod, Serial No. 1264077;
6. pink USB 32GB Jump Drive;
7. 2 CDs
8. Black Nylon bag containing Misc SD cards;
9. Samsung Galaxy III White Cellphone with SD card, Serial No. 99000452455731
10. HP Laptop, Serial No. 00196-093-824-656
11. Four (4) Thumbdrives and One (1) SD Card

12. Two (2) Micro SD Cards
13. Seagate External Hard Drive;
14. Samsung DVR, Toshiba Hard drive and 2 Thumbdrives;
15. Black Night Owl DVR;
16. Black Samsung Digital Camera, Serial No. A1Z0C90SB11711A;
17. Samsung Galaxy II Tablet in a brown leather case;
18. Leather Case with 14- 8 mm compact video/adapater;
19. Sony Digital video Recorder, Serial No. 1650639;
20. SCOSCHE 2GB Storage Card;
21. Black Toshiba Laptop Computer and Powercord, Serial No. 6D376055Q;
22. Black Samsung Galaxy S Cell Phone without SD Card, Serial No. SCHS- S950C(GP);
23. Nine (9) Interior Camera's, 19 Outdoor Digital Video Surveillance Camera's;
24. Cobra Digital Video Recorder and power cord;
25. Purple in color Lexar Jump Drive - 120 MB;

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL.



FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

STEVEN A. RUSSELL
Assistant United States Attorney

8