IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>ANTHONY JAMES HORTON,<br>        Defendant. | CASE NO: **4:15CR3022**<br><br>**DETENTION ORDER** |

Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq., and he is currently in state custody on related charges.

Accordingly,

IT IS ORDERED:

1) The defendant shall be returned to state custody for confinement on state charges.

2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

February 24, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge