UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15CR3022 |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| ANTHONY JAMES HORTON, | |
| Defendant. | |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 47). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On October 29, 2015, this Court entered a Preliminary Order of Forfeiture (Filing No. 45) pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

   1. Samsung Digital Video Recorder, Serial No. KGW86V2DI02563N
   2. SP MircroSD 4GB; and
   3. Digital Concepts Pink Video Camera
   4. Samsung Galaxy S3 with 16GB SD Card SN: R28F4DF78XH;
   5. Sony Handycam DCR-sx45, blue with tripod, Serial No. 1264077;
   6. pink USB 32GB Jump Drive;
   7. 2 CDs
   8. Black Nylon bag containing Misc SD cards;
   9. Samsung Galaxy III White Cellphone with SD card, Serial No. 99000452455731
   10. HP Laptop, Serial No. 00196-093-824-656
   11. Four (4) Thumbdrives and One (I) SD Card
   12. Two (2) Micro SD Cards
   13. Seagate External Hard Drive;
   14. Samsung DVR, Toshiba Hard drive and 2 Thumbdrives;

15. Black Night Owl DVR;
16. Black Samsung Digital Camera, Serial No. A I ZOC90SB 11711 A;
17. Samsung Galaxy II Tablet in a brown leather case;
18. Leather Case with 14- 8 mm compact video/adapater;
19. Sony Digital video Recorder, Serial _No. 1650639;
20. SCOSCHE 2GB Storage Card;
21. Black Toshiba Laptop Computer and Powercord, Serial No. 6D376055Q;
22. Black Samsung Galaxy S Cell Phone without SD Card, Serial No. SCHS- S950C(GP);
23. Nine (9) Interior Camera's, 19 Outdoor Digital Video Surveillance Camera's;
24. Cobra Digital Video Recorder and power cord;
25. Purple in color Lexar Jump Drive - 120 MB;

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, [www.forfeiture.gov](www.forfeiture.gov), for at least thirty consecutive days, beginning on October 30, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on January 6, 2016 (Filing No.46).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the above properties, held by any person or entity, are hereby, forever barred and foreclosed.

C. The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 6th day of January, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge